## AURELIO VEGA V. THE STATE.

No. 9921.   Delivered February 24, 1926.

**Murder—Escape of Appellant—Appeal, Dismissed.**

Under Art. 824 C. C. P. 1925, where, pending his appeal, an appellant escapes from custody, and does not voluntarily surrender himself within ten days thereafter, the court loses its jurisdiction and the appeal will be dismissed. This condition being made to appear in the instant case, the appeal is dismissed.

Appeal from the District Court of Gillespie County.   Tried below before the Hon. J. H. McLean, Judge.

Appeal from a conviction of murder, penalty ten years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for murder, punishment being ten years in the penitentiary.

It is made to appear by affidavit of the sheriff contained in the record that after the appeal was perfected apellant escaped from the custody of such officer.   In such case this court loses jurisdiction. Article 824 C. C. P. (1925 Rev.).

The appeal is therefore ordered dismissed.

*Dismissed.*